IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JANE DOE<br><br>  Plaintiff,<br><br>v.<br><br>KERRVILLE INDEPENDENT<br>SCHOOL DISTRICT<br><br>  Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO.<br>5:21-cv-00369 |

# NOTICE OF APPEAL

Plaintiff Jane Doe desires to appeal this Court's final judgment dated April 19, 2024 to the United States Court of Appeals for the Fifth Circuit.

Respectfully Submitted,

*/s/ Heather Lynn Long*
Heather Lynn Long
Texas Bar No. 24055865
heather@heatherlonglaw.com
**HEATHER LONG LAW PC**
4310 North Central Expressway
Dallas, Texas 75206
Phone: (214) 699-5994

Amos L. Barton
Texas Bar No. 24031847
Abarton@carlsonattorneys.com
**THE CARLSON LAW FIRM, P.C.**
301 Junction Highway, Suite 100
Kerrville, Texas 78028
Phone: (830) 257-7575
Fax:    (830) 257-7580

ATTORNEYS FOR JANE DOE

## CERTIFICATE OF SERVICE

A true and correct copy of this Notice was filed on May 14, 2024 and served on all parties through the Court's ECF system.

_____
Heather Lynn Long